JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: Kurt M. Meisenbach, _____ ) ) ) Laura Strayer, et al., ) )       Plaintiff, ) )       v. ) ) Kurt M. Meisenbach, ) )       Defendant(s). ) _____ ) | CV 11-02273 JVS<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   May 23, 2011

                                                             _____
                                                               James V. Selna
                                                          United States District Judge